IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| JENIQUA KNUCKLES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 115-077 |
| DEPARTMENT OF THE ARMY; CHRISTOPHER KENNY, Attorney; KELLY ELDER; and DEBORAH WOODS, | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 16, 17.) In her objections, Plaintiff indicates that Christopher Kenny was never intended to be a defendant, despite his name appearing in the caption where defendants are listed, and that she wants the Court to read her original complaint and amended complaint together. An amended complaint supersedes and replaces in its entirety the operative complaint in a civil action. Lowery v. Ala. Power Co., 483 F.3d 1184, 1219 (11th Cir. 2007). Thus, the Court declines to read her two complaints together.

Even considering the original complaint, it does not state a claim for relief. There, Plaintiff alleges she was terminated from her civil service job at Eisenhower Medical Center

in violation of her due process rights because she was not allowed to review the documents relied upon by the Department of the Army in proposing her removal. (Doc. no. 1, pp. 3-5.) Plaintiff seeks $850,000 in damages. (Id.) The Civil Service Reform Act ("CSRA") contains "a comprehensive system for reviewing personnel action taken against federal employees." United States v. Fausto, 484 U.S. 439, 455 (1988). This includes the right to an administrative hearing before the Merit Systems Protection Board and a right to judicial review of the Board's decision by the Federal Circuit. Elgin v. Dep't of Treasury, 132 S. Ct. 2126, 2131(2012). Plaintiff has given no indication that she has exhausted her administrative remedies, and even if she had, her claim would only be properly brought as a challenge to the administrative decision in the Federal Circuit. See id. at 2135. Given this comprehensive system, Plaintiff's due process claim challenging her termination is entirely foreclosed by the CSRA. See id. at 2135.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Christopher Kenny, Kelly Elder, and Deborah Woods. The only claim remaining is Plaintiff's claim against the Department of the Army brought under the Freedom of Information Act, 5 U.S.C. § 552.

SO ORDERED this 13th day of November, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2